B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Arizona

In re: **Carlos R Nieves / Daniela E Nieves**, Debtor(s)

Case No. **2:25-bk-09570**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,292.00** |
   | Prior to the filing of this statement I have received | $ **125.00** |
   | Balance Due | $ **2,167.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 19, 2025**
*Date*

**/s/ David H. Cutler**
**David H. Cutler 036107**
*Signature of Attorney*
**Phoenix Fresh Start Bankruptcy**
**4131 Main Street**
**Skokie, IL 60076**
**602-456-1813  Fax: 847-673-8636**
**documents2@phxfreshstart.com**
*Name of law firm*

# PHOENIX FRESH START BANKRUPTCY

ATTORNEYS AT LAW
4602 E THOMAS RD
PHOENIX AZ  85018
_____

TELEPHONE (602) 456-1813
FAX (847) 673-8636

Dear Prospective Client:

This will serve as our engagement agreement for filing in a Chapter 7 bankruptcy.  The agreement will become effective only when you sign it and make a payment to us.  Please read this agreement carefully and be sure you understand it.

If you have any questions, you should consult with me before signing.

We are willing to file a Chapter 7 bankruptcy petition for you for the flat fee of $500 ($537 if a joint filing).  This fee does not include any court costs or work which is required to be performed after filing in order to receive a bankruptcy discharge.  After filing your case, we will agree to pay the filing fees and complete all required work for a fee of $2,167 paid in 11 monthly installments of $197 each.

In exchange for the above fee, we will perform the following services for you:

1. Meet with you to discuss your financial situation and possible solutions, which includes but is not exclusive to a review of your income, expenses, assets and debts;
2. Provide you with the attached section 342(b)(1) notice, which sets out the purpose, benefits, and costs of filing under Chapters 7, 11, 12 or 13; the types of services available from credit counseling agencies; and the penalties of committing certain bankruptcy crimes, and will explain the notice to you;
3. Discuss your specific financial situation to help you determine the chapter you can qualify for and select;
4. Ensure you have collected the required documents needed for a complete filing under the chapter you select;
5. Upon your written approval, file your case and obtain a case number for you.

After your case is filed, we will present you with the attached "Post-Filing Fee Agreement" which includes reimbursement for required court filing fees and additional attorney fees for the remainder of the work necessary to successfully complete your case and obtain a discharge.  The failure to pay court filing fees after your case is filed will result in the dismissal of your case.

<u>Until you sign the Post Filing Agreement, you are under no obligation to pay us any additional fees and we will have no right to payment of any additional fees from you</u>.

You are under <u>no obligation</u> to sign the Post Filing Agreement or hire us after your case is filed, but if you do not, we reserve the right to file a motion to <u>withdraw</u> from your case pursuant to Local Rules of the United States Bankruptcy Court.  If we withdraw, you may either represent yourself or <u>hire another attorney</u> to represent you in your bankruptcy proceeding.  If we do not withdraw and you do not hire another attorney to represent you, we will still fulfil all obligations contemplated under this Agreement and required by Rules of the Bankruptcy Court.

1

Case 2:25-bk-09570-MCW    Doc 15    Filed 10/19/25    Entered 10/19/25 22:21:51    Desc
Main Document      Page 2 of 15
Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

You understand that all funds you pay us are considered payments towards your special purpose retainer and will immediately become our property. These payments will be deposited into our general business account and will be used for any and all of our general expenses. We may -- but are not obligated to -- use part of this fee to pay the costs of your credit reports and court filing fees. If you decide not to proceed with your case, we will retain the amount you have already paid us provided such amount is reasonable for the amount of time we have spent in preparation for your filing.

You understand that most taxes and other governmental obligations will not be discharged in your bankruptcy.

Student loans will not be discharged in your bankruptcy.

Sincerely:

_____
PHOENIX FRESH START BANKRUPTCY
A Debt Relief Agency. We help people file for bankruptcy relief under the Bankruptcy Code

Reviewed with Attorney and Accepted:

_____  _____
Client                      Client

10 / 07 / 2025              10 / 07 / 2025

2

# Debt Relief Agency Disclosures to an Assisted Person

Section 527 of the Bankruptcy Code requires a Debt Relief Agency to provide an assisted person with the following:

A copy of the notice prepared by the clerk of the Bankruptcy Court, in accordance with the requirements of §342(b), which is attached hereto and which contains:

    (1)    a brief description of:

        (A)    Chapters 7, 11, 12, and 13 and the general purpose, benefits, and costs of proceeding under each of those chapters; and
        (B)    the types of services available from credit counseling agencies; and

    (2)    statements specifying that:

        (A)    a person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury in connection with a case under this title shall be subject to fine, imprisonment, or both; and
        (B)    all information supplied by a debtor in connection with a case under this title is subject to examination by the Attorney General.

2.    The following disclosures are required by §527(a)(2), which advises an assisted person that:

    (A)    all information that the assisted person is required to provide with a petition and thereafter during a case under this title is required to be complete, accurate, and truthful.
    (B)    all assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in §506 must be stated in those documents where requested after reasonable inquiry to establish such value;
    (C)    current monthly income, the amounts specified in section 707(b)(2), and, in a case under Chapter 13 of this title, disposable income (determined in accordance with §707(b)(2)) are required to be stated after reasonable inquiry; and
    (D)    information that an assisted person provides during his or her case may be audited pursuant to this title, and failure to provide such information may result in dismissal of the case under this title or other sanction, including a criminal sanction.

If you have any questions about any of these disclosures, we will be happy to provide further explanation.

Separate Disclosure Required by Section 527 of the Bankruptcy Code as Amended

IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY

(Note: This form is mandated by statute. It may or may not correctly explain the law.)

If you decide to seek bankruptcy relief, you can represent yourself; you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information explains what must be done in a routine bankruptcy case to help you evaluate how much services you need. Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and decide which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents (Petition, Schedules, Statement of Financial Affairs, and in some cases a Statement of Intention) must be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you must attend the required first meeting of creditors, where you may be questioned by a court official called a "trustee" and by creditors.

If you choose to file a Chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a Chapter 13 case, in which you repay your creditors what you can afford over 3 to 5 years, you may also want help preparing your Chapter 13 plan and with the confirmation hearing on your plan, which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than Chapter 7 or Chapter 13, you should consult someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only lawyers, not bankruptcy petition preparers, can give you legal advice.

4

Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

Information to the Assisted Person (Debtor) on
How to Provide All Information Required by Section 521

Section 521 of the Code sets out the Debtor's duties related to the filing of a bankruptcy case. A copy of the section is attached to this writing.

As you fill out these schedules and statement of affairs, you should keep the following in mind.

Completing the income and expense pages accurately and completely is critical.

(a) To compile your income, refer to recent pay stubs and last year's income tax returns. Accounting for overtime, investment dividends, and other earnings is necessary.

(b) People usually pay cash for many items, such as groceries. Review your monthly expense payments and make a best estimate on cash expenditures. If you pay insurance annually, calculate the monthly cost. Attached are IRS expense allowances for the area in which you live. If your expenses exceed these, we will have to review them and perhaps make adjustments.

(c) When you value property you own, consider prices in the neighborhood for housing, in newspapers and car lots for automobiles, and what you would pay for furniture and clothes at a business selling such goods.

(d) If you have an item of special value, an appraisal may be necessary.

(e) When listing creditors, collect current bills and use that information for mailing addresses and balances due.

(f) Under the law of this state, or federal bankruptcy law, certain property may be exempt and may be retained. Attached is a copy of the state list of exemptions and also a list of property that may be exempt under federal law. Neither list is all-inclusive. If a seller has a lien on exempt property, the lien may be avoidable or you may have to pay for the property in order to keep it. After you have prepared these lists, we can review them and decide what property qualifies as exempt.

5

Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7:    Liquidation**

| | |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

6

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

7

Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Chapter 12: Repayment plan for family farmers or fishermen**

|  | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|  | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

**Chapter 13: Repayment plan for individuals with regular income**

|  | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|  | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

> **Warning: File Your Forms on Time**
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.
>
> For more information about the documents and their deadlines, go to:
> http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

DO NOT SIGN ANY FURTHER

WE WILL SEND THE FOLLOWING

POST FILING AGREEMENT

TO YOU FOR SIGNATURE

AFTER YOUR CASE IS FILED

Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

# PHOENIX FRESH START BANKRUPTCY

ATTORNEYS AT LAW
4602 E THOMAS RD
PHOENIX AZ  85018
_____
TELEPHONE (602) 456-1813
FAX (847) 673-8636

Case No. _____

This will serve as our engagement agreement for Post Filing Service in the above captioned Chapter 7 bankruptcy.

The agreement will become effective only when you complete and sign it.

Please read this agreement carefully and be sure you understand it.  If you have any questions, you should consult with me before signing.

Firm has informed me/us that as a result of my/our filing bankruptcy, I/we have <u>no current legal obligation to pay Firm any fees</u> to complete my/our bankruptcy.

I/we understand that the fee I/we previously paid Firm was used for attorney fees and that there are court filing fees due in my/our case and there is additional work required to be performed which is not included in the fee already paid to Firm.

I/we understand that signing this agreement creates a <u>new obligation</u> for me/us to pay Firm for costs and services.

I/we understand that if I/we do not sign this agreement, Firm may not pay the court filing fees due in my/our case and this may result in dismissal of my/our bankruptcy case.

I/we am/are informed that Firm has an inherent conflict of interest in asking me/us to sign this agreement.  The conflict is that I/we hired Firm to relieve me/us of my/our debts, but Firm is asking me/us to enter into this agreement which is causing me/us to incur new debt and my/our signing this agreement is in the Firm's own self-interest.  By signing this agreement, I/we understand that I/we am/are waiving this conflict.

Notwithstanding the fact that I/we am/are <u>not required to sign this agreement or pay</u> Firm any additional amounts, I/we would like to do so and would like to hire Firm to provide the following services:

1. Complete any necessary required filings with the court and/or amendments thereto;,
2. Obtain updated documents as required by the trustee appointed to my/our case;
3. Timely (subject my/our cooperation) forward all required documents to my/our trustee;
4. Notify me/us of the section 341 meeting of creditors and any documents I/we bring to such meeting;
5. Prepare for and accompany me/us to the section 341 first meeting of creditors;
6. Correspond with my/our creditors to make sure they have been notified of my/our bankruptcy proceeding;
7. Assist in the amendments to the papers filed and the production of such documents as the trustee requests;
8. Assist me/us in the execution of reaffirmation agreements that are in my/our best interest;
9. Remain available through the close of my/our case to answer any questions and provide me/us with legal advice regarding my/our bankruptcy;
10. Assist me/us in regards to any post filing garnishment matters;
11. Monitor all court filings and promptly notify me/us of all relevant matters;
12. Promptly forward me/us all correspondence Firm receives from your creditors;
13. Monitor all deadlines and the status of my/our debtor education class;
14. Assist me/us in compliance with bankruptcy audits;
15. Advise me/us on redemption of property;

11

Case 2:25-bk-09570-MCW    Doc 15    Filed 10/19/25    Entered 10/19/25 22:21:51    Desc
Main Document    Page 12 of 15

Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

16. Handle the following lien avoidance motions: _____ (none if not stated) – This must be completed if I/we own real estate and have a judgement against me/us;
17. Timely negotiate with the Trustee regarding any property or actions that the Trustee may pursue which could be adverse to my/our interests;
18. Pay necessary court filing fees.

### THE FOLLOWING SERVIES ARE NOT INCLUDED

1. Judicial lien avoidances not specifically identified above;
2. Representation in any adversary proceeding(s);
3. Representation in any state court matters.

I agree to pay Firm in the following manner:

| $197 on or before | _____ | $197 on or before | _____ |
|---|---|---|---|
| $197 on or before | _____ | $197 on or before | _____ |
| $197 on or before | _____ | $197 on or before | _____ |
| $197 on or before | _____ | $197 on or before | _____ |
| $197 on or before | _____ | $197 on or before | _____ |
| $197 on or before | _____ | | |

I may terminate my obligations under this Agreement within 14 days of execution by written notice sent to Firm at the above address. Should I do so, Firm will not collect any further payment from me and this Post-Petition Fee Agreement will become null and void. However, any payments made for court filing fees in my case will not be returned.

Firm agrees that in the event I do not receive a discharge of my debts as a result of Firm's failure to provide any service, Firm will <u>promptly refund me all payments</u> received under this agreement.

You understand that the fee we are charging you is a <u>"special purpose" or "flat" fee</u>. In setting our fee, <u>we have considered the following factors based on what we expect from the average Chapter 7 Bankruptcy</u>: (1) the time and labor expended; (2) the novelty and difficulty of the question raised; (3) the skill required to properly perform the legal services rendered; (4) our opportunity costs in handling your matter; (5) the customary fee for like work; (6) our expectations at the outset of this agreement; (7) the time limitations imposed by you or the circumstances; (8) the facts you have informed us about and the result we expect to achieve; (9) our experience, reputation and abilities; (10) whether or not there are issues which would cause other attorneys in our legal community to not accept your case; (11) the nature and length of the professional relation between you and us; and (12) attorney's fees in similar cases. Your case may take us more time or less time than a typical case and this is a risk we undertake by agreeing to represent you on a flat fee.

You understand that due to the flat fee nature of our work, <u>we do not expect to track our time on your case</u>. If you want us to track our time on the specifics of your case, do not sign this agreement.

Due to the fact that we cannot chose your 341 meeting date, <u>we cannot promise to have any specific attorney attend the meeting with you.</u> Your attorney will explain what will happen at your 341 meeting and you are encouraged to ask your attorney any questions you have about such meeting.

You agree that all documents and information you provide us will be complete, accurate and truthful. You agree to review your petition prior to filing your case. You are responsible for any inaccuracies in your petition. **If you do not understand anything**, we will be glad to explain it.

There is an <u>inherent conflict</u> wherever attorneys represent debtors in bankruptcy for a fee. We are working to alleviate your financial issues, while at the same time charging a fee. There have also previously been cases that questioned

12

Case 2:25-bk-09570-MCW    Doc 15    Filed 10/19/25    Entered 10/19/25 22:21:51    Desc
Main Document    Page 13 of 15
Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d

whether asking you to sign an agreement after the filing of your bankruptcy case to pay an attorney for services rendered after the filing of your case presents a possible additional conflict of interest. We can only represent you if that representation will not be limited by our own interests. We believe our ability to represent you will not be affected by your ongoing obligation to pay our post-petition fee. By signing this agreement, you are waiving this conflict and are allowing us to represent you. You do not have to waive this conflict of interest and can instead choose not to hire us. You also have the right to consult separate counsel to discuss whether you should waive this conflict.

In the event your case is dismissed or you do not get a discharge as a result of any failure on our part, we will promptly <u>refund</u> all fees you have paid us.

**You agree to provide all required documents necessary to complete your petition no later than 30 days after execution of this agreement. If documents are not provided by this date, this agreement will be null and void and we may close your file and retain all payments you have made to us.**

Documents may be submitted to us in person for copying, by fax, text or by email in PDF format. We will <u>not accept original documents</u>. All documents you give us will be reviewed, scanned as necessary and destroyed.

We can <u>add creditors</u> to your petition within a reasonable time after filing. However, there is a <u>fee of $100</u> which includes a $32 court cost that must be paid prior to us amending your petition. If you wish for us to add creditors to your petition prior to discharge you must provide us a list of the missing creditors and the $100 no later than **30 days prior** to discharge.

It is very important for you to inform us of any <u>credit card purchases</u> within the last six months for non-essential items and cash advances. We consider food, gas, medical and other such purchases to be essential. Any non-essential purchases in excess of $500 should be specifically discussed with me so that we can best serve your interests.

Sincerely:

_____
PHOENIX FRESH START
BANKRUPTCY
A Debt Relief Agency. We help people file for
bankruptcy relief under the Bankruptcy Code

Reviewed with Attorney and Accepted:

_____  _____
Client                                                            Client

13

# Recurring Payment Authorization Form

Schedule your payment to be automatically deducted from your bank account. Just complete and sign this form to get started!

**Recurring Payments Will Make Your Life Easier:**
- It's convenient (saving you time and postage)
- Your payment is always on time (even if you're out of town), eliminating late charges

**Here's How Recurring Payments Work:**
You authorize regularly scheduled charges to your checking/savings account. You will be charged the amount indicated below each billing period. The charge will appear on your bank statement as an "ACH Debit."
You agree that no prior-notification will be provided.

**Please complete the information below:**

| **Printed Name:** | | **Case Number:** | |
|---|---|---|---|

**Checking/ Savings Account**

____ Checking  _____ Savings

Name on Acct.   _____

Bank Name   _____

Routing Number   _____

Account Number   _____

**Debit Card**

Card Number: _____

Exp Date:   _____

Security Code: _____

Billing Zip:   _____

SIGNATURE _____   DATE _____

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify Cutler and Associates, Ltd. in writing of any changes in my account information or termination of this authorization at least 15 days prior to the next billing date. **In the event I terminate these payments Phoenix Fresh Start Bankruptcy/Cutler and Associates, Ltd., may elect to withdraw from my bankruptcy case and cease all work on my case.** If the above noted payment dates fall on a weekend or holiday, I understand that the payments may be executed on the next business day. For ACH debits to my checking/savings account, I understand that because these are electronic transactions, these funds may be withdrawn from my account as soon as the above noted periodic transaction dates. In the case of an ACH Transaction being rejected for Non Sufficient Funds (NSF) I understand that Cutler and Associates, Ltd. may at its discretion attempt to process the charge again within 30 days, and agree to an additional **$25 charge** for each attempt returned NSF which will be initiated as a separate transaction from the authorized recurring payment. I acknowledge that the origination of ACH transactions to my account must comply with the provisions of U.S. law. I certify that I am an authorized user of this bank account and will not dispute these scheduled transactions with my bank; so long as the transactions correspond to the terms indicated in this authorization form.

14

Case 2:25-bk-09570-MCW    Doc 15    Filed 10/19/25    Entered 10/19/25 22:21:51    Desc
Main Document    Page 15 of 15

Doc ID: 5e19626c8be947f4b7b806559d0a4287b059e24d